UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLY MARGARITA SANCHEZ,<br><br>                             Plaintiff,<br><br>                    -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                             Defendant. | 23 Civ. 05450 (JHR) (GS)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    On October 5, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit no later than October 19, 2023 either an executed consent form or a joint letter.  ECF No. 9.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's October 5 Order forthwith, and in no event later than November 1, 2023.

    SO ORDERED.

Dated: October 27, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge