UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NELLY MARGARITA SANCHEZ,,

                Plaintiff,                              23 **CIVIL** 5450 (GS)

     -v-                                               **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 6, 2024, hat the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a hearing. Further, the ALJ shall be instructed to: further evaluate the medical opinions of record, including the opinions of Dr. Kapoor and Dr. Finnegan, in accordance with 20 C.F.R. § 404.1520c; further evaluate the medical records regarding Plaintiffs severe and non-severe impairments in assessing the residual functional capacity in accordance with 20 C.F.R. § 404.1545 and Social Security Ruling 96-8p; take further action to complete the administrative record resolving these issues; and issue a new decision.

**Dated:** New York, New York

     March 7, 2024                                             **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                                 **BY:** _____
                                                                **Deputy Clerk**